**Holly C. Hayman**, OSB 114146
   Direct:  971.634.0193
   Email:  hhayman@LLG-LLC.com

**Justin D. Leonard**, OSB 033736
   Direct:  971.634.0192
   Email:  jleonard@LLG-LLC.com

**LEONARD LAW GROUP LLC**
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
Fax:  971.634.0250

      Counsel for Trustee Jeanne E. Huffman

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**ASH Fabrication, LLC,**<br>      Debtor. | Case No. 19-31566-dwh7 |
| **Jeanne E. Huffman**, Trustee,<br>      Plaintiff,<br>   v.<br>**Kalamata Capital Group, LLC aka Kalamata Capital, LLC,** a Delaware limited liability company,<br>      Defendant. | Adv. No. 19-*[see below]*-dwh<br><br>**COMPLAINT**<br><br>**(Declaratory Judgment and Avoidance and Recovery of Preference Transfers)** |

Plaintiff Jeanne E. Huffman, as the chapter 7 trustee (the "**Trustee**" or "**Plaintiff**") duly appointed in the bankruptcy estate (the "**Estate**") of the debtor ASH Fabrication, LLC (the "**Debtor**"), hereby alleges:

### SUMMARY OF RELIEF SOUGHT

1.    The Trustee seeks a declaratory judgment regarding the Estate's right, title, and interest in the business assets of the Debtor (the "**Assets**"), including but not limited to

Page 1 of 5 –   COMPLAINT

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
leonard-law.com

Case 19-03053-dwh    Doc 1    Filed 06/10/19

the property described in the attached Exhibit A. The Trustee has noticed an auction of the Assets scheduled for July 25, 2019 (the "**Auction**") (Main Case Doc. No. 14). The Assets are property of the Estate. Kalamata Capital Group may assert that it has a lien against the Assets. The Trustee disputes the validity and extent of any lien asserted by Kalamata in the Assets and seeks a judgment determining the same.

## JURISDICTION

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157. Venue is proper pursuant to 28 U.S.C. § 1409.

3. This adversary proceeding is filed in the chapter 7 bankruptcy case of the Debtor pending in the United States Bankruptcy Court for the District of Oregon, Portland Division, Case No. 19-31566-dwh7 (the "**Case**").

4. The matter in controversy arises under Fed. R. Bankr. P. 7001, particularly subsections (2) and (9), 11 U.S.C. §§ 544, 547, 550, and 551. It is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2), including the matters described in (K) and (O).

5. The Trustee consents to the Court's entry of a final order and judgment to resolve this dispute.

## The PARTIES

6. The Trustee is the bankruptcy trustee appointed by the Court to administer the Bankruptcy Estate of the Debtor for the benefit of Debtor's creditors.

7. Defendant Kalamata Capital Group, LLC also known as Kalamata Capital, LLC ("**Kalamata**") is Delaware limited liability company and a creditor in this Case. Kalamata's chairman is Steven Mandis and Kalamata's principle place of business is 7315 Wisconsin Ave. East Tower, Suite 950, Bethesda, MD 20814. Kalamata's registered agent is Corporation Service Company located at 251 Little Falls Dr., Wilmington, DE 19808.

## FACTS

8. On or about September 27, 2018, Debtor entered an agreement with Kalamata (the "**Agreement**") which included Debtor's receipt of about $120,000 from Kalamata. The Agreement is a merchant agreement under which Kalamata purports to purchase

the Debtor's future receivables. Ultimately, the Agreement requires Debtor to make daily payments Kalamata in the amount of about $1,027, regardless of whether Debtor collected and processed receivables.

9. In an effort to perfect Kalamata's interest in the Debtor's property, A UCC-1 filing statement was filed by Corporation Service Company, as representative with the Oregon Secretary of State on November 6, 2018 under filing number 91717227 (the "**UCC**").

10. The UCC describes the collateral subject to Kalamata's lien as all assets now owned or hereafter acquired by Debtor.

11. Thereafter, regular transfers were made from Debtor's bank account to Kalamata.

12. Debtor filed its voluntary chapter 7 bankruptcy petition on April 29, 2019 (the "**Petition Date**"). Debtor scheduled Kalamata as having a secured claim based on a judgment lien against pending accounts receivable in the amount of $38,514.

13. The UCC does not properly identify the secured party or the underlying Agreement upon which the lien is purportedly based. Any lien Kalamata asserts in the Assets was not properly perfected and is void.

14. Based on information and belief, the Assets are property of the Estate. Kalamata has no interest in or lien against the Assets. The Trustee is entitled to declaratory relief ordering that Kalamata has no interest in the Assets.

15. Moreover, any transfers of Debtor's funds to Kalamata in the 90-day period prior to the Petition Date (the "**Transfers**") are avoidable preference transfers. The Transfers should be avoided and their value recovered for the benefit of the Estate.

### FIRST CLAIM FOR RELIEF

**(Declaratory Judgment to Establish the Estate's Interest in the Assets)**

16. The Trustee restates and incorporates the allegations of paragraphs 1 through 15 above.

17. The Trustee is entitled to a judgment declaring the Assets are property of the Estate.

Page 3 of 5 –   COMPLAINT

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
leonard-law.com

Case 19-03053-dwh    Doc 1    Filed 06/10/19

18. Kalamata may claim a right, title, or interest in the Property alleged herein to be property of the Estate. The Trustee is further entitled to a judgment declaring that Kalamata has no right, title, or interest in the Property.

## SECOND CLAIM FOR RELIEF

**(Avoid Purported UCC Lien Against the Assets Under 11 U.S.C. § 544)**

19. The Trustee restates and incorporates the allegations of paragraphs 1 through 18 above.

20. The UCC purports to perfect a security interest and lien against the Assets in favor of Kalamata. The UCC is not valid and does not establish a lien against the Assets.

21. The Trustee is entitled to a judgment avoiding any purported lien perfected by the UCC against the Assets under 11 U.S.C. § 544.

## THIRD CLAIM FOR RELIEF

**(Avoid and Recover of the Preference Transfers 11 U.S.C. § 547)**

22. The Trustee restates and incorporates the allegations of paragraphs 1 through 21 above.

23. To the extent that Kalamata was a creditor of Debtor, the Trustee is additionally entitled to avoid any transfer to it within the 90-day period before the Petition Date because such transfer was a transfer of property of Debtor that was made:

   a. To or for the benefit of Kalamata;
   b. For or on account of an antecedent debt owed by Debtor before the Transfers were made;
   c. Made at a time when Debtor was insolvent; and
   d. That enabled Kalamata to receive more than he would receive if the case were a case under chapter 7 of the Bankruptcy Code, the transfer had not been made, and such creditor received payment of such debt to the extent provided by the Bankruptcy Code.

Page 4 of 5 – COMPLAINT

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
leonard-law.com

Case 19-03053-dwh    Doc 1    Filed 06/10/19

24. The Trustee is entitled to a judgment (a) avoiding any transfers made within the 90-day period before the Petition Date under 11 U.S.C. § 547; and (b) recovering such transfers for the benefit of the Estate under 11 U.S.C. § 550.

**WHEREFORE**, the Trustee requests judgment against Kalamata as follows:

a. declaring that the Assets are property of the Estate;

b. declaring that defendant Kalamata has no right, title, or interest in the Assets;

c. declaring any lien in favor of Kalamata against the Assets void;

d. declaring the Transfers to be (a) avoidable preference transfers in accordance with 11 U.S.C. § 547, and (b) avoiding the Transfers and recovering the value of the same for the benefit of the Estate pursuant to 11 U.S.C. § 550; and

e. awarding the Trustee such other legal and equitable relief as may be just and proper.

DATED this 10th day of June 2019.

LEONARD LAW GROUP LLC

By: /s/Holly C. Hayman
Holly C. Hayman, OSB No. 114146
Direct: 971.634.0193
Email: hhayman@LLG-LLC.com

**Counsel for Jeanne Huffman, Ch. 7 Trustee**

Page 5 of 5 – COMPLAINT

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97258
leonard-law.com

Case 19-03053-dwh    Doc 1    Filed 06/10/19

| EQUIPMENT | MODEL# | SERIAL# |
|---|---|---|
| **WELDERS** | | |
| MILLERMATIC | 251 MIG | LH06216B |
| MILLERMATIC | 251 MIG | LG093054B |
| MILLERMATIC | 252MIG | LH401617B |
| MILLER | INVISION 450 MPA MIG | MC23026IN |
| MILLER | S-22A WIRE FEEDER | KB108873 |
| MILLER | XRA ALUMINUM SPOOL GUN | KE671030 |
| LINCOLN | IDEALARC R35-250 MIG | AC309857 |
| ESAB | 353CV MIG | MF-J714053 |
| ESAB | MIG 4HD DUAL WIRE FEE BOOM | WC-J743001 |
| MILLER | DYNASTY 200 | LC664023 |
| MILLER | DYNASTY 200 | KH516708 COOLMATE |
| THERMAL DYNAMICS | CUTMASTER 82 | MX52290600 |
| 2 LINCOLN | LN-7 (WIREFEEEDER) FOR MIG WELDER | U1940204407 &u1950708312 |
| LINCOLN | CV-400 | U1020229139 |
| LINCOLN | CV-400 | U1000210257 |
| LINCOLN | LF-72 WIRE FEEDER MIG WELDER | U1060615412 |
| LINCOLN | LF-72 WIRE FEEDER MIG WELDER | U1---0703753 |
| LINCOLN | CV-300 POWER SUPPLY | U1950908159 |
| LINCOLN | 305G RANGER GAS POWER (POWER SUPPLY) | U1100701795 |
| SYNCROWAVE 250 | 250 AMP TIG | KA743369 |
| **IRON WORKER** | | |
| MUBEA | KBL OPTIMA 110-70 | 0137178-625542 |
| **WORK TABLES** | | |
| 3 SPECIALIZED FABRICATION TABLES | 1 OF THESE WERE PURCHASED 4/15/2019 BY INTEGRITY MACHINERY MOVING LLC | |
| **DRILL PRESS** | | |
| JET | JDP-20MF FLOOR STAND DRILL PRESS | 16111740 |
| **PRESS BRAKE** | | |
| 1999 DURMA CNC | HAP 2560 66 TIB 8; BED C/W DIES | 7023992777 |
| TAKISAWA VERTICAL CNC MAC-V4 | VERTICAL CNC MAC-V4 | TMBHT5054 |

### BELT SANDER

| | | |
|---|---|---|
| JET | OES-80CS | 14044145 |
| ENCO | OO348193 | 1007 |
| BADER 3" BELT SANDER | PIPE COPER | 23705062 |

### PIPE POLISHER

| | | |
|---|---|---|
| TIMESAVER | 237 M-1 FLAT POLISHER | 6820 |
| RAND BRITE | 536X75 FLAT POLISHER | 154-2903 |

### DUST COLLECTORS

| | | |
|---|---|---|
| TORIT | 75 | 195532-2 |
| DONALDSON TORIT | DFO 3-18 | 1826587-1 |
| DELTA | 50-853 | 10854 |
| CINCINNATi | 100S | G009777 |

### AIR COMPRESSOR

| | | |
|---|---|---|
| GARDNER DENVER | EBE99M ELECTRIC SAVER II SHOP | 5107055 |
| SULLAIR | 185DPO-JDD DIESEL COMPRESSOR | 004-97727 6HH |
| CHAMPION CENTURION | HRV-10-12 GREEN IN CORNER | RV3002030 |

### AIR DRYER

| | | |
|---|---|---|
| HANKISON | SBRP-300 SHOP | H300B2300209079 |
| INGERSOLLRAND | DS-50-H LASER | 3099310001 |
| ULTRA AIR | UA45AC POWDER | U-20762 |

### BENDER

| | | |
|---|---|---|
| PINES | TUBE BENDER | MCA297 |

### FORK LIFT

| | | |
|---|---|---|
| HYSTER | H110XL Large Forklift (Can't Verify Hours, Taken Apart to be fixed for aprox. $1500) Value is if it is working. | G005D01927P |
| CATERPILLER | GP25K mall Forklift 12,536 Hours | AT17B-12337 |

### HYDRAULIC PRESS

| | | |
|---|---|---|
| H HYD PRESS | H FRAME PRESS 150 TON | |
| 16 TON HYDRAULIC PIPE BENDER | Internet item #62669 | Store item #35336 |

### POWDER COAT EQ.

| | |
|---|---|
| POWDER-X | OVEN 8'X10'X20" |
| POWDER-X | SPRAY BOOTH 9'X8'X20' |
| GEMA OPTIFLEX 2 | POWDER SPRAYER |

### HOLE SAW

| | |
|---|---|
| HOUGEN | HMD 914 Mag Drill-Rotabroach |
| HOUGEN | HMD 904 Mag Drill-Rotabroach |

## DEBURRING MACHINES

| | | |
|---|---|---|
| ALMCO | V5C 26" X 12" Vibratory Deburring Machine C/W Meddium | |

## PIPE NOTCHER

| | | |
|---|---|---|
| BAILEIGH | TN-600 Pipe Notcher | 200-00165 |

## GRINDERS

| | | |
|---|---|---|
| INDUSTRIAL BENCH GRINDER | 8" | 17090171 |
| DEWALT BENCH GRINDER | 6" DW756 | 2012 15 YL69375 |

## PAINT BOOTH

| | | |
|---|---|---|
| COLMET PAINT BOOTH | 1,000 CFM with DryChem Fire Suppresion System | 15.5' X 9' X 26' |

## Additional Equipment

| | | |
|---|---|---|
| BEVEL | MILL, MODEL 9000 | SN 5570 |
| MILLER | ALUMINUM WELDING GUN | MODEL LR5071, SN LG290281W |
| JET | 8" GRINDER 1GB-B WITH STAND | 709179 |
| POWER CORD STANDS (3) | 7' TALL | |
| ASSORTED POWER CORDS (7) | | |
| CART FOR ACETYLINE TORCHES | | |
| VISE - HEAVY DUTY | | |
| DEWALT | 10" TABLETOP CUTTING SAW | |
| FE BENNET | PALLET JACK, 5,000 LB | |
| INDUSTRIAL FANS (2) | 24" | |
| RACK OF C CLAMPS, TOOLS, DIES | | |
| CAMPBELL HAUSEFIELD | POWER RAY AIR COMPRESSOR | |
| FEATHER LITE | YELLOW 12' OR 13' STEP LADDER | |
| FEATHER LITE | RED 375 8' STEP LADDER | |
| (2) DAYTON | 75000 BTUOIL FIRED HEATERS | 75,000 BTU |
| 2 tank, acetyline torch rolling cart | | |
| METAL PLATFORM SCALE | (OLDTIME) | |
| EVOLUTION | TABLETOP GRINDER SAW | |
| REGID | CHOP SAW | CMI4500 |
| JOHNSON | VERTICAL ROTARY LASER W/CASE, ACCESSORIES; | #406526 |
| MAKITA | CUT-OFF SAW | |
| MILWAUKIE | DRILL PRESS W/CASE | |
| MISCELLANEOUS | GROUP OF HAND DRILLPRESS, DRILLS, GRINDER | |
| RIDGID | STORAGE BOX 48R-OS | |
| | SAND BLAST CABINET | |